| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JONATHAN BENNETT, | ) Case No. CV 11-3748-GHK (OP) |
|---|---|
| | ) |
| | ) J U D G M E N T |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| L. A. COUNTY JAIL, | ) |
| | ) |
| | ) |
| Respondent. | ) |

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

DATED: 5/17/11

_____
HONORABLE GEORGE H. KING
United States District Judge

Prepared by:

_____
HONORABLE OSWALD PARADA
United States Magistrate Judge